UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| F. RICHARD MANSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, Et al.,<br><br>   Defendants. | CIVIL ACTION NO.<br>MJG 08-CV-00269 |
| PAUL B. ENGEL, Individually and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, Et al.,<br><br>   Defendants. | CIVIL ACTION NO.<br>MJG 08-CV-00292 |
| GODA SHAILAM AND GEETA SHAILAM, Individually and On Behalf Of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, Et al.,<br><br>   Defendants. | CIVIL ACTION NO.<br>MJG 08-CV-00386 |

*[Additional Captions Are Listed On The Following Page]*

**MOTION TO WITHDRAW APPEARANCE**

29045

1

| | |
|---|---|
| MICHAEL J. CIRRITO, Individually and On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, Et al.,<br><br>          Defendants. | <br><br><br><br><br><br>CIVIL ACTION NO.<br>MJG 08-CV-00476 |
| JOHN J. HUFNAGLE, Individually and On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, Et al.,<br><br>          Defendants. | <br><br><br><br><br><br>CIVIL ACTION NO.<br>MJG 08-CV-00579 |

Please take notice that undersigned counsel, Marshall N. Perkins, hereby moves to withdraw his appearance as counsel for Plaintiffs in the action:

1. Mr. Perkins moves to withdraw his appearance on behalf of Plaintiffs in the action.

2. Counsel of record continues to represent Plaintiffs, including Charles J. Piven of the undersigned firm. *See* Local Rule 101.2.

3. Counsel further states that no party or counsel other than Mr. Perkins should be removed from any service list.

WHEREFORE, it is requested that leave of Court be granted withdrawing the appearance of Marshall N. Perkins for Plaintiffs in the action.

29045

2

Dated: June 4, 2008

Respectfully submitted,

**BROWER PIVEN**
A Professional Corporation

*/s/ Marshall N. Perkins*
Charles Piven
Marshall N. Perkins – Bar No. 25514
World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

*Counsel for Plaintiffs Manson and Engel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 4, 2008.

_____*/s/ Marshall N. Perkins*_____
Marshall N. Perkins